Form B2040 (Form 2040l) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
Case No. 3:25−bk−03735
**Chapter 7**

In re:

Grand Prairie Healthcare Services, PC
dba Grand Prairie Healthcare Services, PC
3340 Perimeter Hill Dr.,
Nashville, TN 37211

Employer Tax ID / Other nos.:
47−2265809

# NOTICE OF NEED TO FILE PROOF OF CLAIM
# DUE TO RECOVERY OF ASSETS

**Notice is given that:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee. Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before:

Claims Deadline Date: 2/3/26

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate. Registered Users must file their claim electronically at **HTTPS://ECF.TNMB.USCOURTS.GOV.** Non−registered claim filers may file the claim by regular mail. If filing by regular mail you must include a stamped, self−addressed envelope for return of claim. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim (Official Form B410) can be obtained at the bankruptcy courts web site:
**http://www.tnmb.uscourts.gov/forms**, the United States Court Web Site:
**http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx** or at any bankruptcy clerk's office.

There is no fee for filing the proof of claim.

If you have already filed a proof of claim, do not file another.

BY THE COURT

Dated: 11/6/25        Vanessa A Lantin
                      Court Clerk

**Address of the Bankruptcy Clerk's Office:**
701 Broadway Room 170
Nashville, TN 37203
Telephone number:   615−736−5584