# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:25-bk-03735 |
| **GRAND PRAIRIE HEALTHCARE** ) | |
| **SERVICES, PC,** ) | Chapter 7 |
| ) | Judge Mashburn |
| Debtor. ) | |
| ) | |

## NOTICE OF AMENDED SCHEDULE E/F

Comes Grand Prairie Healthcare Services, PC (the "Debtor") and hereby gives notice of amendment to the Schedule E/F of the original Chapter 7 Statements and Schedules (Docket No. 1) to include fourteen alleged unsecured creditors:

1. California Employment Development Department
   PO Box 826215 MIC 3A
   Sacramento, CA 94230-6215
   Alleged unsecured debt: $19,043.58.

2. Colorado Department of Labor and Employment,
   Unemployment Insurance Employer Services
   PO Box 2330
   Denver, CO 80201-2330
   Alleged unsecured debt: 1,654.18

3. Commonwealth of Massachusetts Department of Revenue
   PO Box 7015
   Boston, MA 02204
   Alleged unsecured debt: Unknown

4. Mississippi Department of Revenue
   PO Box 22808
   Jackson, MS 39225-2808
   Alleged unsecured debt: $331.50

5. Commonwealth of Massachusetts
   Department of Unemployment Assistance
   PO Box 9546
   Boston, MA 02114-9546
   Alleged unsecured debt: $2,229.86

6. Government of the District of Columbia
   Office of the Chief Financial Officer,
   Office of Tax and Revenue
   1101 4th Street, SW
   Washington, DC 20024
   Alleged unsecured debt: Unknown

7. Illinois Department of Employment Security
   33 S State St
   10th floor
   Chicago, IL 60603-2802
   Alleged unsecured debt: $85.89

8. Indiana Department of Workforce Development
   10 N. Senate Ave
   Indianapolis, IN 46204-2277
   Alleged unsecured debt: $329.19

9. Michigan Department of Treasury
   PO Box 30199
   Lansing, MI 48909-7699
   Alleged unsecured debt: $957.13

10. Shelby County Occupational License Office
    419 Washington St
    Shelbyville, KY 40065
    Alleged unsecured debt: $75.00

11. Hawaii Department of Labor and Industrial Relations,
    Unemployment Insurance Division
    830 Punchbowl St
    Rm. 110
    Honolulu, HI 96813-5080
    Alleged unsecured debt: $35,836.55

12. Virginia Department of Taxation
    PO Box 1777
    Richmond, VA 23218-1777
    Alleged unsecured debt: $40.12

13. Washington Department of Labor and Industries
    PO Box 44171
    Olympia, WA 98504-4171
    Alleged unsecured debt: $4,122.83

14. Wisconsin Department of Financial Institutions
    PO Box 7846
    Madison, WI 53707-7846
    Alleged unsecured debt: $10.00

The amended Schedule E/F is attached hereto.

Respectfully Submitted,

*/s/ Trent Meriwether*
Justin T. Campbell
Trent Meriwether
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
615.465.6000
justin@thompsonburton.com
tmeriwether@thompsonburton.com

*Counsel for Debtor*

## CERTIFICATE OF SERVICE

       I hereby certify that, on the same day as this filing, a true and correct copy of this filing was served on all parties receiving electronic notice via this Court's ECF system, and via U.S. Mail, postage prepaid, upon the creditor addresses listed above.

                                                      */s/ Trent Meriwether*
                                                      Trent Meriwether