**Fill in this information to identify the case:**

Debtor: Grand Prairie Healthcare Services, PC

United States Bankruptcy Court for the: Middle District of Tennessee

Case number (If known): 3:25-bk-03735

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
California Employment Development Department
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215

As of the petition filing date, the claim is: $19,043.58
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Taxes & Other Government Units

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Priority amount: $

**2.2** Priority creditor's name and mailing address
Colorado Department of Labor and Employment, Unemployment Insurance Employer Services
PO Box 2330
Denver, CO 80201-2330

As of the petition filing date, the claim is: $1,654.18
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Taxes & Other Government Units

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Priority amount: $

**2.3** Priority creditor's name and mailing address
Commonwealth of Massachusetts Department of Revenue
PO Box 7015
Boston, MA 02204

As of the petition filing date, the claim is: $Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Taxes & Other Government Units

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Priority amount: $

# Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

---

**2.4 Priority creditor's name and mailing address**
Commonwealth of Massachusetts Department of Unemployment Assistance
PO Box 9546
Boston, MA 02114-9546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,229.86
Priority amount: $_____

---

**2.5 Priority creditor's name and mailing address**
District of Columbia Office of the Chief Financial Officer, Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ Unknown
Priority amount: $_____

---

**2.6 Priority creditor's name and mailing address**
Hawaii Department of Labor and Industrial Relations, Unemployment Insurance Division
830 Punchbowl St
Rm 110
Honolulu, HI 96813-5080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $35,836.55
Priority amount: $_____

---

**2.7 Priority creditor's name and mailing address**
Illinois Department of Employment Security
33 S State St
10th floor
Chicago, IL 60603-2802

**As of the petition filing date, the claim is:** $85.89
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Priority amount: $_____

# Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | **Total claim** | **Priority amount** |

### 2.8 Priority creditor's name and mailing address
Indiana Department of Workforce Development  
10 N. Senate Ave  
Indianapolis, IN 46204-2277

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

$329.19     $_____

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

### 2.9 Priority creditor's name and mailing address
Internal Revenue Service - Dept. of Treasury  
Centralized Insolvency Operation  
P.O. Box 7346  
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

$ Unknown     $_____

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

### 2.10 Priority creditor's name and mailing address
Michigan Department of Treasury  
PO Box 30199  
Lansing, MI 48909-7699

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

$957.13     $_____

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

### 2.11 Priority creditor's name and mailing address
Mississippi Department of Revenue  
PO Box 22808  
Jackson, MS 39225-2808

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

$331.50     $_____

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.12 Priority creditor's name and mailing address**
Shelby County Occupational License Office
419 Washington St
Shelbyville, KY 40065

Total claim: $75.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.13 Priority creditor's name and mailing address**
Virginia Department of Taxation
PO Box 1777
Richmond, VA 23218-1777

Total claim: $40.12

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.14 Priority creditor's name and mailing address**
Washington Department of Labor and Industries
PO Box 44171
Olympia, WA 98504-4171

Total claim: $4,122.83

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.15 Priority creditor's name and mailing address**
Wisconsin Department of Financial Institutions
PO Box 7846
Madison, WI 53707-7846

Total claim: $10.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

# Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**  
Andre A Shantay-Samo-Ne Edwards  
HURON VALLEY COMPLEX - WOMENS  
3201 BEMIS ROAD  
Ypsilanti, MI 48197

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** 1:24-cv-12786

**Is the claim subject to offset?**  
☑ No  
☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**  
Antoine Ronald Williams  
Oaks Correctional Facility  
1500 Caberfae Highway  
Manistee, MI 49660

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

### 3.3
**Nonpriority creditor's name and mailing address**  
Brian Chastain  
Macomb Correctional Facility  
34625 26 Mile Rd.  
New Haven, MI 48048

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** 1:24-cv-01056

**Is the claim subject to offset?**  
☑ No  
☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**  
Correct RX  
1352 Charwood Rd.  
Ste. C  
Hanover, MD 21076

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**

$ 9,547,632.84

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**  
Dr. Vasilis K. Pozios  
231 Corrie Rd.  
Ann Arbor, MI 48105

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**  
Edward Albert Stenberg  
THUMB CORRECTIONAL FACILITY  
3225 JOHN CONLEY DRIVE  
Lapeer, MI 48446

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____  
**Last 4 digits of account number** 2:24-cv-13112

**Is the claim subject to offset?**  
☑ No  
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.7 Nonpriority creditor's name and mailing address**
Gordon Lee Shively
Parnall Correctional Facility
1780 East Parnall Road
Jackson, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.8 Nonpriority creditor's name and mailing address**
Honigman LLP
660 Woodward Avenue
Suite 3390
Detroit, MI 48226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.9 Nonpriority creditor's name and mailing address**
Horace W. Crump
Gus Harrison Correctional Facility
2727 E Beecher St.
Adrian, MI 49221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 1:23-cv-1353

---

**3.10 Nonpriority creditor's name and mailing address**
James Flakes - Oak Correction Facility
1500 Caberfae Highway
Manistee, MI 49660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.11 Nonpriority creditor's name and mailing address**
James Wright
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
Lapeer, MI 48446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 2:24-cv-12302-MA

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.12 Nonpriority creditor's name and mailing address**
Keenan Bailey Wilhite
MACOMB CORRECTIONAL FACILITY
34625 26 MILE ROAD
New Haven, MI 48048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number** 2:24-cv-11815-LVF

$ Unknown

---

**3.13 Nonpriority creditor's name and mailing address**
Mark Wade Bredow
G. ROBERT COTTON CORRECTIONAL FACILITY
3500 N. ELM ROAD
Jackson, MI 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number** 4:24-cv-10979

$ Unknown

---

**3.14 Nonpriority creditor's name and mailing address**
Michigan Department of Corrections
Attn: Matthew A. Page
2797 Bow Point Dr., Ste. 300
Clarkston, MI 48346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

$ Unknown

---

**3.15 Nonpriority creditor's name and mailing address**
Michigan Procurement Office - Dept. of Technology, Management & Budget
525 W. Allegan St.
1st Floor NE
Lansing, MI 48913

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

$ 0.00

---

**3.16 Nonpriority creditor's name and mailing address**
Pharmacorr
7400 Plaza Mayor Blvd.
Ste. 100
Oklahoma, OK 73149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number** 2:24-cv-11324-MA

$ 2,786,877.80

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.17** **Nonpriority creditor's name and mailing address**
Phillip Berryman
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
Lapeer, MI 48446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number  2:24-cv-12302-MA

$ Unknown

---

**3.18** **Nonpriority creditor's name and mailing address**
Pine Rest Christian Mental Health Services
300 68th St. SE
P.O. Box 165
Grand Rapids, MI 49501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 147,600.00

---

**3.19** **Nonpriority creditor's name and mailing address**
Reserve Health P.C.
3746 N Davidson Street
Charlotte, NC 28205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 76,618.61

---

**3.20** **Nonpriority creditor's name and mailing address**
Rodney Dumas
SAGINAW CORRECTIONAL FACILITY
9625 PIERCE ROAD
Freeland, MI 48623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number  2:24-cv-12999

$ Unknown

---

**3.21** **Nonpriority creditor's name and mailing address**
Ronald Lamont Davis
Carson City Correctional Facility
10274 Boyer Rd.
Carson City, MI 48811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number  2:24-cv-00092

$ Unknown

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.22** **Nonpriority creditor's name and mailing address**
Sean Michael Ryan
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
Lapeer, MI 48446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number** 4:24-cv-11105

$ Unknown

---

**3.23** **Nonpriority creditor's name and mailing address**
USUI Behavioral Health Services LLC d/b/a
Rakesh Chandra
396 Lake Indian HLS
Carbondale, IL 62902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

$ 18,316.66

---

**3.24** **Nonpriority creditor's name and mailing address**
Wellpath, LLC
3340 Perimeter Hill Drive
Nashville, TN 37211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

$ 55,894,019.00

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

$

---

**3.___** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
No
☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

$

---

| Debtor | Grand Prairie Healthcare Services, PC | Case number (*if known*) 3:25-bk-03735 | AMENDED |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Kenneth R. Beams<br>32400 Telegraph Road, Suite 103<br>Franklin, MI, 48025 | Line 3.5<br>☐ Not listed. Explain: | _____ |
| 4.2. | Max J. Newman<br>41000 Woodward Avenue<br>Bloomfield Hills, MI, 48304 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.3. | Michigan Procurement Office - Dept. of Technology, Management & Budget<br>P.O. Box 30026<br>Lansing, MI, 48909 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 64,715.83 |
| 5b. **Total claims from Part 2** | 5b. + | $ 68,471,064.91 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 68,535,780.74 |